**SEALED**

**FILED**
OCT 05 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS, ARREST WARRANTS, AND A CRIMINAL COMPLAINT SIGNED OCTOBER 4, 2015, BY THE HONORABLE ALLISON CLAIRE | CASE NO.  2:15 - MJ - 191  AC  [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS  **UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrants, arrest warrants, criminal complaint, and underlying affidavit signed by the Honorable Allison Claire on October 4, 2015, in the above-referenced proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: 10/4/15

_____
Hon. Allison Claire
U.S. MAGISTRATE JUDGE

SEALING ORDER                         1