**FILED**
October 8, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:15-mj-00191-AC |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOSEPH LATU, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joseph Latu</u>; Case <u>2:15-mj-00191-AC</u> from custody and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    X   Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by defendant's fiancee Kathrina Afula

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    X   (Other) <u>Pretrial Supervision/Conditions;</u> **defendant to be released to the custody of Pretrial Services on 10/9/2015 at 9:00 AM.**

Issued at   Sacramento, CA   on   10/8/2015   at   2:55pm.

By _____
Kendall J. Newman
United States Magistrate Judge