**FILED**
October 8, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH LATU, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:15-mj-00191-AC <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joseph Latu</u>; Case <u>2:15-mj-00191-AC</u> from custody and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of _____

_X_   Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's fiancee Kathrina Afula

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond secured by Real Property

\_\_   Corporate Surety Bail Bond

_X_   (Other) Pretrial Supervision/Conditions; **defendant to be released to the custody of Pretrial Services on 10/9/2015 at 9:00 AM.**

Issued at  Sacramento, CA  on  10/8/2015  at  2:55pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge