MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for DAVID BENNETT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 15cr209 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO STATUS CONFERENCE |
| | ) |
| JOSEPH LATU, et al, | ) Date: 1-12-2016 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

It is hereby stipulated between the parties, Christiian Highsmith, Assistant United States Attorney, Michael D. Long, attorney for defendant DAVID BENNETT, Clyde Blackmon, attorney for defendant JOSEPH LATU, Kyle Knapp, attorney for defendant ALGERNON TAMASOA, Jeff Staniels, attorney for defendant JOHN ORTIZ, Chris Cosca, attorney for defendant KEITH WHITE, Olaf Hedberg, attorney for defendant CHARLES TUCKER, Shari Rusk, attorney for defendant Ionel Pascan, and Steve Plesser, attorney for defendant DANIEL BENNETT that the status conference set for November 10, 2015, at 9:15 a.m. should be vacated and re-set for January 12, 2016, at 9:15 a.m.

The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and (d), that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The Government is about to provide the defense with 41 DVDs containing many hours of audios and videos of recorded conversations, recorded meetings, photographs and documents.

-1-

Defense counsel will need to review the discovery, meet with clients and develop defenses. All defense counsel will need to meet and confer with each other about defenses.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Each party would like time to be excluded as provided by Local Code T4 from today's date through January 12, 2016, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of January 12, 2016, for the status hearing. The request for extending the date for the status conference is at the specific request of the defendants and with the knowing, intelligent and voluntary waiver of their speedy trial rights under the law. Good cause is hereby shown.

Dated:  October 26, 2015                         Respectfully submitted,

                                                 /s/ Michael D. Long_____
                                                 MICHAEL D. LONG
                                                 Attorney for David Bennett

Dated:  October 26, 2015                         Respectfully submitted,

                                                 /s/ Clyde Blackmon_____
                                                 CLYDE BLACKMON
                                                 Attorney for Joseph Latu

Dated:  October 26, 2015                         Respectfully submitted,

                                                 /s/ Kyle Knapp_____
                                                 KYLE KNAPP
                                                 Attorney for Algernon Tamasoa

Dated:  October 26, 2015                         Respectfully submitted,

                                                 /s/ Jeff Staniels_____
                                                 JEFF STANIELS
                                                 Attorney for John Ortiz

1  Dated:  October 26, 2015                          Respectfully submitted,

2                                                    /s/ Chris Cosca
3                                                    CHRIS COSCA
                                                     Attorney for Keith White
4

5  Dated:  October 26, 2015                          Respectfully submitted,

6                                                    /s/ Olaf Hedberg
7                                                    OLAF HEDBERG
                                                     Attorney for Charles Tucker
8

9  Dated:  October 26, 2015                          Respectfully submitted,

10                                                   /s/ Shari Rusk
                                                     SHARI RUSK
11                                                   Attorney for Ionel Pascan

12 Dated:  October 26, 2015                          Respectfully submitted,

13                                                   /s/ Steve Plesser
14                                                   STEVE PLESSER
                                                     Attorney for Daniel Bennett
15

16
   Dated:  October 26, 2015                          BENJAMIN WAGNER
17                                                   United States Attorney

18                                                   /s/ Christiian Highsmith
19                                                   CHRISTIIAN HIGHSMITH
                                                     Assistant U.S. Attorney
20
   ///
21
   ///
22
   ///
23
24 ///

25 ///

26
   ///
27
   ///
28

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

  The date for the preliminary hearing in this matter is hereby re-set for January 12, 2016, at 9:15 a.m., before District Court Judge John A. Mendez.  The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time is excluded as provided by Local Code T4 from today's date through January 12, 2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

Dated: October 26, 2015       /s/ John A. Mendez
                 JOHN A. MENDEZ
                 United States District Court Judge