1  CLYDE M. BLACKMON (SBN 36280)
   Rothschild Wishek & Sands LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   cblackmon@rwslaw.com
4

5  Attorneys for Defendant
   JOSEPH LATU
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No.: 2:15-CR-00209 JAM
12 |           Plaintiff,                |
   |                                     | WAIVER OF PERSONAL APPEARANCE
13 |      vs.                            |
14 | JOSPEH LATU,                        |
15 |           Defendant.                |

16

17      Defendant hereby waives the right to be present in person
18 in open court upon the hearing of any motion or other proceeding
19 in this case, including when the case is set for trial, when a
20 continuance is ordered, when time is excluded under the Speedy
21 Trial Act, when a detention hearing is held, and when any other
22 action is taken by the Court before or after trial, except upon
23 arraignment, plea, empanelment of jury and imposition of
24 sentence.  Defendant hereby requests the Court to proceed during
25 every absence of his which the Court may permit pursuant to this
26 waiver; agrees that his interests will be deemed represented at
27 all time by the presence of his attorney, the same as if
28

defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED:  11/16/2015          /s/_____
                                JOSEPH LATU

APPROVED:


_____/s/_____
CLYDE M. BLACKMON
Attorney for Defendant
JOSEPH LATU

IT IS SO ORDERED.


DATED: 11/17/2015          /s/ John A. Mendez_____
                           UNITED STATES DISTRICT COURT JUDGE