```
1   CLYDE M. BLACKMON (SBN 36280)
    Rothschild Wishek & Sands LLP
2   765 University Avenue
    Sacramento, CA  95825
3   Telephone: (916) 444-9845
    cblackmon@rwslaw.com
4

5   Attorneys for Defendant
    JOSEPH LATU
6

7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-00209 JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| JOSPEH LATU, et al. | |
| Defendant. | |

The United States of America, through its counsel Assistant U. S. Attorney Christiaan H. Highsmith; Joseph Latu, through his counsel Clyde M. Blackmon; Algernon Tamasoa, through his counsel Kyle R. Knapp; John Ortiz, through his counsel Jeffrey L. Staniels; Keith White, through his counsel Chris Cosca; Charles Tucker, through his counsel Olaf W. Hedberg; Ionel Pascan, through his counsel Shari Rusk; David Bennett, through his counsel Michael D. Long; and Daniel Bennett, through his counsel Steven B. Plesser stipulate that the status conference currently set for January 12, 2016, may be continued to 9:15 a.m. on March 15, 2016.

A continuance of the currently set status conference is

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1  necessary because the prosecution has provided defense counsel
2  in discovery with 42 DVDs containing audio/video recordings and
3  over 2,000 pages of reports, and defense counsel requires more
4  time in which to review those materials.  Therefore, the parties
5  request that the status conference set for January 12, 2016, be
6  continued to 9:00 a.m. on March 15, 2016.
7       The parties further stipulate that the time from the
8  currently set status conference on January 12, 2016, through
9  March 15, 2016, the requested date for the continued status
10 conference, should be excluded from the computation of the time
11 period in which trial should commence under the Speedy Trial
12 Act.  The parties agree that, taking into account the exercise
13 of due diligence, the ends of justice would be served by the
14 Court excluding that time period from computation because of the
15 necessity for defense counsel to have adequate time in which to
16 effectively prepare for trial.  18 U.S.C. § 3161(h)(7)(B)(iv)
17 (Local Code T4).
18      For these reasons, each defendant, his counsel and the
19 government stipulate that the ends of justice served by granting
20 the requested continuance of the status conference outweigh the
21 best interests of the public and each of the defendants in a
22 speedy trial.
23      IT IS SO STIPULATED.
24 DATED:    January 7, 2016     By: //s// Clyde M. Blackmon for
                                      Christiaan H. Highsmith,
25                                    Assistant U.S. Attorney
26
27 DATED:    January 7, 2016     By: _//s// Clyde M. Blackmon___
                                      CLYDE M. BLACKMON
28                                    Attorney for Defendant
                                      Joseph Latu

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

```
 1  DATED:     January 7, 2016      By: _//s// Clyde M. Blackmon___
                                        KYLE R. KNAPP
 2                                      Attorney for Defendant
                                        Algernon Tamasoa
 3

 4  DATED:     January 7, 2016      By: _//s// Clyde M. Blackmon___
                                        JEFFREY L. STANIELS
 5                                      Attorney for Defendant
                                        John Ortiz
 6

 7  DATED:     January 7, 2016      By: _//s// Clyde M. Blackmon___
                                        CHRIS COSCA
 8                                      Attorney for Defendant
                                        Keith White
 9

10  DATED:     January 7, 2016      By: _//s// Clyde M. Blackmon___
                                        OLAF W. HEDBERG
11                                      Attorney for Defendant
                                        Charles Tucker
12

13  DATED:     January 7, 2016      By: _//s// Clyde M. Blackmon___
                                        SHARI RUSK
14                                      Attorney for Defendant
                                        Ionel Pascan
15

16  DATED:     January 7, 2016      By: _//s// Clyde M. Blackmon___
                                        MICHAEL D. LONG
17                                      Attorney for Defendant
                                        David Bennett
18

19  DATED:     January 7, 2016      By: _//s// Clyde M. Blackmon___
                                        STEVEN B. PLESSER
20                                      Attorney for Defendant
                                        Daniel Bennett
21

22

23

24

25

26

27

28
```

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the status conference currently set for January 12, 2016, is continued to March 15, 2016, at 9:15 a.m.  For the reasons stipulated to by the parties, good cause exists under 18 U.S.C. § 3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through March 15, 2016.  Further, for the reasons set forth in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and each of the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Dated: January 7, 2016                /s/ John A. Mendez_____
_____          JOHN A. MENDEZ
                                      United States District Judge