1  CLYDE M. BLACKMON (SBN 36280)
   Rothschild Wishek & Sands LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   cblackmon@rwslaw.com
4

5  Attorneys for Defendant
   JOSEPH LATU
6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JOSPEH LATU, et al.<br><br>      Defendant. | Case No.: 2:15-CR-00209 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: March 11, 2016<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

17       The United States of America, through its counsel Assistant
18  U. S. Attorney Christiaan H. Highsmith; Joseph Latu, through his
19  counsel Clyde M. Blackmon; Algernon Tamasoa, through his counsel
20  Kyle R. Knapp; John Ortiz, through his counsel Jeffrey L.
21  Staniels; Keith White, through his counsel Chris Cosca; Charles
22  Tucker, through his counsel Olaf W. Hedberg; Ionel Pascan,
23  through his counsel Shari Rusk; David Bennett, through his
24  counsel Michael D. Long; and Daniel Bennett, through his counsel
25  Steven B. Plesser stipulate that the status conference currently
26  set for March 11, 2016, may be continued to 9:00 a.m. on April
27  15, 2016.
28       A continuance of the currently set status conference is

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

necessary because the prosecution has provided defense counsel in discovery with 42 DVDs containing audio/video recordings and over 2,000 pages of reports, and defense counsel requires more time in which to review those materials.  Therefore, the parties request that the status conference set for March 11, 2016, be continued to 9:00 a.m. on April 15, 2016.

The parties further stipulate that the time from the currently set status conference on March 11, 2016, through April 15, 2016, the requested date for the continued status conference, should be excluded from the computation of the time period in which trial should commence under the Speedy Trial Act.  The parties agree that, taking into account the exercise of due diligence, the ends of justice would be served by the Court excluding that time period from computation because of the necessity for defense counsel to have adequate time in which to effectively prepare for trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

For these reasons, each defendant, his counsel and the government stipulate that the ends of justice served by granting the requested continuance of the status conference outweigh the best interests of the public and each of the defendants in a speedy trial.

IT IS SO STIPULATED.

DATED:   March 9, 2016          By: //s// Clyde M. Blackmon for
                                    Christiaan H. Highsmith,
                                    Assistant U.S. Attorney

DATED:   March 9, 2016          By:  //s// Clyde M. Blackmon
                                    CLYDE M. BLACKMON
                                    Attorney for Defendant
                                    Joseph Latu

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

```
 1  DATED:     March 9, 2016      By: //s// Clyde M. Blackmon
                                      KYLE R. KNAPP
 2                                    Attorney for Defendant
                                      Algernon Tamasoa
 3

 4  DATED:     March 9, 2016      By: //s// Clyde M. Blackmon
                                      JEFFREY L. STANIELS
 5                                    Attorney for Defendant
                                      John Ortiz
 6

 7  DATED:     March 9, 2016      By: //s// Clyde M. Blackmon
                                      CHRIS COSCA
 8                                    Attorney for Defendant
                                      Keith White
 9

10  DATED:     March 9, 2016      By: //s// Clyde M. Blackmon
                                      OLAF W. HEDBERG
11                                    Attorney for Defendant
                                      Charles Tucker
12

13  DATED:     March 9, 2016      By: //s// Clyde M. Blackmon
                                      SHARI RUSK
14                                    Attorney for Defendant
                                      Ionel Pascan
15

16  DATED:     March 9, 2016      By: //s// Clyde M. Blackmon
                                      MICHAEL D. LONG
17                                    Attorney for Defendant
                                      David Bennett
18

19  DATED:     March 9, 2016      By: //s// Clyde M. Blackmon
                                      STEVEN B. PLESSER
20                                    Attorney for Defendant
                                      Daniel Bennett
21

22

23

24

25

26

27

28
```

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the status conference currently set for March 11, 2016, is continued to April 15, 2016, at 9:00 a.m.  For the reasons stipulated to by the parties, good cause exists under 18 U.S.C. § 3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through April 15, 2016.  Further, for the reasons set forth in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and each of the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Dated: March 10, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge