1  CLYDE M. BLACKMON (SBN 36280)
   Rothschild Wishek & Sands LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   cblackmon@rwslaw.com
4

5  Attorneys for Defendant
   JOSEPH LATU
6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No.: 2:15-CR-00209 GEB |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | vs. | STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO SPEND NIGHT OF APRIL 14, 2016, WITHOUT ELECTRONIC MONITORING |
| 14 | JOSPEH LATU, et al. | |
| 15 | Defendant. | |
| 16 | | Judge: Garland E. Burrell, Jr. |

17      The United States of America, through its counsel
18 Christiaan Highsmith, and Clyde M. Blackmon, counsel for Joseph
19 Latu, stipulate that Mr. Latu may spend the night of April 14-
20 15, 2016, un-monitored by Pretrial Services.
21      Mr. Latu is under PreTrial Services supervision and is
22 subject to electronic location monitoring requiring him to stay
23 inside his residence from 10:00 a.m. to 8:00 p.m. on work days
24 and 7:00 p.m. to 7:00 a.m. on non-work days, or as adjusted by
25 the Pretrial Services Officer for medical, religious, employment
26 or court-ordered obligations.  Mr. Latu is scheduled to be
27 married to Katherina Afuola on April 14, 2016, at Thunder Valley
28

1  Casino Resort, 1200 Athens Avenue, Lincoln, California.  The
2  wedding is to commence at 11:00 a.m.  Mr. Latu and his family
3  have reservations to spend the night at Thunder Valley Casino
4  Resort after the ceremony.  Therefore, Mr. Latu requests that he
5  be allowed to be away from his home un-monitored from 7:30 a.m.
6  on April 14, 2016, to 6:00 p.m. on April 15, 2016.
7       U.S. Pretrial Services Officer Renee Basurto has confirmed
8  Mr. Latu's wedding date and the overnight reservations at
9  Thunder Valley.
10          Accordingly, the parties stipulate that Joseph Latu's
11 home curfew may be modified to allow him to attend the wedding
12 and to stay overnight at Thunder Valley Casino Resort by leaving
13 his home at 7:30 a.m. on April 14, 2016, and returning to his
14 home no later than 6:00 p.m. on April 15, 2016.
15      IT IS SO STIPULATED.
16 DATED:    April 7, 2016         By: //s// Clyde M. Blackmon for
17                                     Christiaan H. Highsmith,
                                        Assistant U.S. Attorney
18
19 DATED:    April 7, 2016         By:  //s// Clyde M. Blackmon
20                                     CLYDE M. BLACKMON
                                        Attorney for Defendant
                                        Joseph Latu
21
22
23
24
25
26
27
28

**ORDER**

In light of the stipulation of the parties, it is ordered that Joseph Latu's home curfew is modified to permit him to leave his home at 7:30 a.m. on April 14, 2016, and return no later than 6:00 p.m. on April 15, 2016, for purposes of attending his wedding and staying overnight at Thunder Valley Casino Resort, 1200 Athens Avenue, Lincoln, California.

Dated:  April 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge