CLYDE M. BLACKMON (SBN 36280)
Rothschild Wishek & Sands LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com

Attorneys for Defendant
JOSEPH LATU

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:15-CR-00209 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TERMINATING LOCATION MONITORING AND CURFEW CONDITIONS OF PRETRIAL SUPERVISION |
| vs. | |
| JOSPEH LATU, et al. | |
| Defendant. | |

     The United States of America, through its counsel Assistant U.S. Attorney Christiaan H. Highsmith, and Joseph Latu, through his counsel Clyde M. Blackmon, stipulate that the location monitoring and curfew conditions of Joseph Latu's pretrial release may be terminated.  It is further stipulated that Mr. Latu shall comply with all of the conditions listed in the Amended Special Conditions of Release attached hereto.
     This stipulation is entered into upon the recommendation of Mr. Latu's pretrial services officer.
/////
/////
/////

1    IT IS SO STIPULATED.
DATED:     June 7, 2016          By: //s// Clyde M. Blackmon for
2                                       Christiaan H. Highsmith,
                                        Assistant U.S. Attorney
3

4
DATED:     June 7, 2016          By: _//s// Clyde M. Blackmon___
5                                       CLYDE M. BLACKMON
                                        Attorney for Defendant
6                                       Joseph Latu

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 **[~~PROPOSED~~] ORDER**

2      GOOD CAUSE APPEARING upon the stipulation of the parties
3 and the recommendation of the pretrial services officer, it is
4 ordered that the conditions of Joseph Latu's pretrial release
5 that require him to participate in location monitoring and
6 remain in his residence every day from 9:00 p.m. to 5:00 a.m.,
7 or as adjusted by the pretrial services officer, are hereby
8 terminated.  All other conditions of Mr. Latu's pretrial release
9 remain in full force and effect, and he shall comply with each
10 of the conditions of release listed on the attached Amended
11 Special Conditions of Release.
12      IT IS SO ORDERED.
13 Dated: June 7, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE