```
JEFFREY L. STANIELS, SBN 91413
216 F Street, No. 98
Davis, CA 95616
530-220-9770
Attorney for Defendant

JOHN ORTIZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:15-cr-209 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED ORDER] RESETTING TRIAL DATE AND TCH |
| v. | |
| Joseph Latu, et. al. | |
| Defendants. | Date: February 3, 2017 (TCH)<br>      March 7, 2017 (JT)<br>Time: 9:00 a.m.<br>Judge: Burrell |

**IT IS HEREBY** STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for the government, and Defendants JOSEPH LATU by his attorney Clyde M. Blackmon, CHARLES TUCKER by his attorney Olaf W. Hedberg, JOHN ORTIZ by his attorney Jeffrey L. Staniels, DANIEL BENNETT by his attorney Steven B. Plesser, and ALGERNON TAMASOA by his attorney Kyle Knapp, that the current trial confirmation date of February 3, 2017, and the current trial date of March 7, 2017; be vacated and

1

rescheduled as follows:  Trial confirmation to be on May 23, 2017 at 9:00 a.m. and Jury trial on June 20, 2017, at 9:00 a.m.

    The court is advised that various counsel are pursuing possible non-trial dispositions on behalf of their clients, but this modification of the schedule, should such dispositions not be reached, is sought in order to accommodate the intervening existing and anticipated personal and work schedules of various counsel.

    IT IS FURTHER STIPULATED that all counsel believe that this modification of the trial schedule is reasonable and consistent with the orderly administration of justice, that the interests of justice served by approving this modification outweighs the interests of the defendants and the public in a Speedy Trial.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between the filing of this stipulation and June 20, 2017.

    **IT IS SO STIPULATED.**

                          Respectfully submitted,

Dated:  November 9, 2016      /s/ Justin Lee          .
                                        AUSA Justin Lee
                                        Counsel for Plaintiff

Dated:  November 9, 2016      /s/  Clyde M. Blackmon   ,
                                        Attorney for Joseph Latu

| | | |
|---|---|---|
| Dated: November 9, 2016 | | /s/ Olaf Hedberg                . |
| | | Attorney for Charles Tucker |
| Dated: November 9, 2016 | | /s/Steven Plesser              . |
| | | Attorney for Daniel Bennett |
| Dated: November 9, 2016 | | /s/*Jeffrey L. Staniels* |
| | | Attorney for John Ortiz |
| Dated: November 9, 2016 | | /s/ Kyle Knapp                  . |
| | | Attorney for Algernon Tamasoa |

**O R D E R**

The stipulation of the parties is hereby APPROVED. The currently set dates for trial and for trial confirmation are VACATED.

Jury Trial is hereby re-calendared for June 20, 2017. Trial confirmation is re-calendared for May 23, 2017.

The court finds that the requested modification and the reason therefore are reasonable and that the interests of justice served thereby outweigh the interests of the defendants and the public in a Speedy Trial.

Time for Trial, therefore, is excluded between the filing of the above stipulation on November 9, 2016, through and including

3

June 20 2017, pursuant to 18 U.S.C.§ 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO ORDERED.**

**Dated:  November 9, 2016**

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```