```
 1  CLYDE M. BLACKMON (SBN 36280)
    Rothschild Wishek & Sands LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    cblackmon@rwslaw.com
 4

 5  Attorneys for Defendant
    JOSEPH LATU
 6

 7

 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                  EASTERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSPEH LATU, et al.<br><br>　　　　Defendant. | Case No.: 2:15-CR-00209 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND SETTING NEW PSR SCHEDULE<br><br>Date: August 11, 2017<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

The United States of America, through its counsel Assistant U. S. Attorney Justin Lee, and defendant Joseph Latu, through his counsel Clyde M. Blackmon, stipulate that Mr. Latu's sentencing hearing currently scheduled for 9:00 a.m. on August 11, 2017, may be continued to September 8, 2017.  The sentencing hearing needs to be continued because the current Presentence Investigation Report ("PSR") schedule overlaps with a prepaid vacation which Mr. Latu's counsel has scheduled for the latter part of July.  Therefore the parties have agreed that the sentencing hearing may be continued to September 8, 2017, and a new PSR schedule established as follows:

1 - Proposed PSR to be disclosed to counsel: July 28, 2017
2 - Counsel's objections to PSR to be delivered to Probation
3   officer and opposing counsel: August 11, 2017
4 - PSR to be filed with Court: August 18, 2017
5 - Counsel's motion to correct PSR to be filed: August 25,
6   2017
7 - Counsel's reply or of non-opposition to be filed with the
8   Court and served on opposing counsel: September 1, 2017

IT IS SO STIPULATED.

DATED: June 23, 2017          By: //s// Clyde M. Blackmon for
                                  Justin Lee,
                                  Assistant U.S. Attorney

DATED: June 23, 2017          By: //s// Clyde M. Blackmon
                                  CLYDE M. BLACKMON
                                  Attorney for Defendant
                                  Joseph Latu

**ORDER**

Based on the stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for 9:00 a.m. on August 11, 2017, is continued to 9:00 a.m. on September 8, 2017. It is further ordered that the PSR schedule is amended as follows:

- Proposed PSR to be disclosed to counsel: July 28, 2017
- Counsel's objections to PSR to be delivered to Probation officer and opposing counsel: August 11, 2017
- PSR to be filed with Court: August 18, 2017
- Counsel's motion to correct PSR to be filed: August 25, 2017
- Counsel's reply or of non-opposition to be filed with the Court and served on opposing counsel: September 1, 2017

Dated: June 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge