IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOSEPH LATU,<br><br>                    Defendant. | Case No.: 2:15-CR-00209 JAM<br><br>**ORDER** |

**[PROPOSED] ORDER**

Pursuant to Local Rule 140(a) and 141(b) and based upon the representation contained in the defendant's Request to Seal, IT IS HEREBY ORDERED that the defendant's "Exh. D, Character Letters," filed at Dkt. 249 in support of Latu's Motion for Compassionate Release shall be SEALED until further order of this Court, because the document contains the name of a minor.

It is further ordered that access to the sealed documents shall be limited to the counsel for the Defendant and the U.S. Attorney's Office.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F .2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the Defendant's documents serves a compelling interest.

DATE:  July 27, 2020          /s/ John A. Mendez
                              THE HONORABLE  JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE